# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. SMITH, III,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS<br>AND REHABILITATION, et al.,<br><br>Defendants. | CASE NO. 1:09-cv-02088-LJO-SKO PC<br><br>APPEAL NO. 11-15439<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXCERPTS OF RECORD AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF COPIES OF DOCKET AND DOCUMENT NUMBERS 1, 17, 19, 22, 26, 28, 30<br><br>(Doc. 34) |

Plaintiff Robert P. Smith, III is a state prisoner who was proceeding pro se in this civil action, which was removed on November 30, 2009, by Defendant California Department of Corrections and Rehabilitation. 28 U.S.C. § 1441(b). On September 29, 2010, the Court granted Plaintiff's motion to remand this action to Kings County Superior Court, but denied his motion for sanctions and costs brought pursuant to 28 U.S.C. § 1447(c) and Federal Rule of Civil Procedure 11. Plaintiff appealed the denial of his motion for sanctions and costs, and his appeal is currently pending before the United States Court of Appeals for the Ninth Circuit.

On December 19, 2011, Plaintiff filed a motion seeking excerpts of record. Pursuant to Circuit Rule 30-3, Plaintiff's motion is HEREBY GRANTED. The Clerk of the Court is DIRECTED to send Plaintiff a copy of the docket and copies of document numbers 1, 17, 19, 22, 26, 28, and 30. Circuit Rule 30-1.4.

IT IS SO ORDERED.

**Dated:   December 21, 2011**            /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE